IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-06008-01-CR-SJ-HFS |
| | ) | |
| RAMON D. BOYD, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On May 25, 2010, the Government filed a Motion to Amend Indictment By Interlineation to Correct Spelling of Defendant's First Name (doc #21). The Government sought to amend the indictment to change the defendant's first name from "Raymon" to "Ramon." On May 26, 2010, the Grand Jury returned a superseding indictment against defendant Boyd (doc #22) in which defendant's first name is correctly spelled "Ramon."

Given the foregoing, it is

ORDERED that the Government's Motion to Amend Indictment By Interlineation to Correct Spelling of Defendant's First Name (doc #21) is moot as the superseding indictment (the latest charging document) contains the correct spelling of defendant's name. It is further

ORDERED that the Clerk of Court shall list defendant's name as "Ramon D. Boyd" in the Electronic Case File given the spelling of defendant's name in the superseding indictment.

*/s/ Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE