IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-CR-6008-W-HFS |
| | ) | |
| RAMON D. BOYD | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

An exhaustive report and recommendation has been issued in this case based upon a multiplicity of issues presented at a lengthy hearing. In some respects the Magistrate Judge recommends that the motion to suppress should be granted. Objections having been filed by defendant (Doc. 42), a reexamination of the briefing and the record has occurred. It would serve little purpose to elaborate on the report made by Magistrate Judge Hays, whose conclusions and rationale have been carefully prepared. I accept them as a sound disposition of the motion.

It is therefore ORDERED that the report and recommendation (Doc. 35) is adopted and the motion to suppress (Doc. 17) is hereby denied, except to the extent that the motion is granted in the recommendation.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

September  27 , 2010

Kansas City, Missouri